No. 93–5083. SEIBERT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5084. WATT v. ARVONIO, ATTORNEY GENERAL OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–5085. WOODARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5086. SMITH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–5087. TUCKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–5088. SIMPSON v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5090. LEE v. ARMONTROUT, ASSISTANT DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 93–5091. ROBINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5093. MEDVECKY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5094. REEDY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5095. O'BRIEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5097. MASTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5098. LONGSTAFF v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 93–5100. GREEN v. SHEFFIELD, SUPERINTENDENT, DADE CORRECTIONAL INSTITUTION. C. A. 11th Cir. Certiorari denied.